19374. DODGEN *et al. v.* FOWLER, executor.

LUKE, J. The evidence in the record being in sharp conflict as to material matters, this case comes within the rule that the first grant of a new trial will not be disturbed when the verdict is not demanded by the law and the facts. Civil Code (1910), § 6204; *Douglas* v. *Hardin,* 161 *Ga.* 838 (2) (131 S. E. 896); *Carr* v. *Carr,* 157 *Ga.* 208 (121 S. E. 227); *Parks* v. *Stevens,* 21 *Ga. App.* 180 (94 S. E. 60); *Louisville & Nashville R. Co.* v. *Barksdale,* 34 *Ga. App.* 812 (131 S. E. 298).

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED APRIL 9, 1929.

*John T. Dorsey, John C. Bell, Morris, Hawkins & Wallace,* for plaintiffs in error.

*Mozley & Gann, L. M. Blair,* contra.